**Order filed November 6, 2012, Withdrawn, Motion Granted in Part and Order filed November 13, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00912-CV

_____

### SHARON CAMPBELL, Appellant

### V.

### DEBBIE BERG, Appellee

On Appeal from County Court at Law No. 1
Jefferson County, Texas
Trial Court Cause No. 120637

## ORDER

This appeal is from a judgment signed August 28, 2012. On November 6, 2012, this Court issued an order directing appellant to pay the appellate filing fee on or before November 21, 2012, because no motion to review the trial court's order sustaining the contest to her affidavit of indigence had been filed. A motion was filed November 5, 2012, after 5:00 pm; the order issued the following morning. Because the motion includes a request to review the order sustaining the contest, we withdraw our order of November 6, 2012.

Texas Rule of Appellate Procedure 20. 1 governs the procedure to establish indigence on appeal. Tex. R. App. P. 20.1 (West Supp. 2012). The rule requires a party claiming indigence who seeks review of the trial court's order sustaining a contest to file her challenge "within 10 days after the order sustaining the contest is signed, or within 10 days after the notice of appeal is filed, whichever is later." Tex. R. App. P. 20. 1(j)(2). The rule also provides we may grant a motion to extend the time for filing. *Id.* Appellant's motion includes a request to extend time to pay the filing fee pending our decision on her request to proceed as indigent. We construe this as a motion for extension of time and it is granted.

Accordingly, pursuant to Rule 20.1(j)(3), the reporter's record of the indigence hearing, if any, and the hearing on the contest, is due to be filed on or before **November 16, 2012**, without advance payment of costs. *See* Tex. R. App. P. 20.1(j)(3).

PER CURIAM